*E-FILED: May 21, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIASPHERE INTERNATIONAL, INC., a California corporation,<br><br>      Plaintiff,<br>  v.<br><br>ARAM VARDARYAN, individually and doing business as CJSC, and DOES 1 through 50, inclusive,<br><br>      Defendants.<br>_____/ | No. C12-01536 HRL<br><br>**ORDER VACATING MOTION HEARING** |

Defendant's motion to dismiss the complaint (Dkt. No. 3) is deemed suitable for determination without oral argument, and the May 29, 2012 hearing is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated: May 21, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01536-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com

Stephen Donald Pahl     spahl@pahl-mccay.com, tmeek@pahl-mccay.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.