*E-FILED: January 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIASPHERE INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>ARAM VARDANYAN, an individual,<br><br>    Defendant.<br>_____/<br>ARAM VARDANYAN, an individual,<br><br>    Counterclaimant,<br>  v.<br><br>VIASPHERE INTERNATIONAL, INC., a California corporation,<br><br>    Counterdefendant.<br>_____/ | No. C12-01536 HRL<br><br><br>**ORDER SEVERING COUNTERCLAIMS** |

For the reasons discussed at the Initial Case Management Conference in Case No. C12-05645 HRL *Vardanyan v. Moroyan, et al.*, and as set forth in the court's Case Management Order entered in that action, defendant Vardanyan's counterclaims are severed from this action and consolidated with the *Moroyan* matter for all purposes, including trial. FED. R. CIV. P. 42(b). SO ORDERED.

Dated: January 16, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:12-cv-01536-HRL Notice has been electronically mailed to:

2 Ara Aroustamian     ara@lawaa.com

3 Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com

4 Stephen Donald Pahl     spahl@pahl-mccay.com, tmeek@pahl-mccay.com

5 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California