*E-FILED: January 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIASPHERE INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br>ARAM VARDANYAN, an individual,<br><br>    Defendant.<br>_____/<br>ARAM VARDANYAN,<br><br>    Plaintiff,<br>  v.<br>ANTHONY MOROYAN, an individual; ALPHA VENTURES, L.L.C., and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C12-01536 HRL<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT #1**<br><br><br><br>No. C12-05645 HRL |

The parties disagree whether Aram Vardanyan's deposition should take place in Armenia or here in California. In Case No. C12-01536 HRL *Viasphere Int'l Inc. v. Vardanyan*, Viasphere raised the issue in Discovery Dispute Joint Report (DDJR) #1. The term "Joint Report" is a misnomer because Viasphere filed the report unilaterally. Although that report was filed only in Case No. C12-01536 HRL, the parties in Case No. C12-05645 HRL *Vardanyan v. Moroyan, et al.*—via their separately filed case management statements—state that the location

of Vardanyan's deposition is also an issue in that case.

As discussed at the Initial Case Management Conference in the *Moroyan* matter, the parties in both cases are directed to meet-and-confer in good faith on the issue. If those negotiations do not resolve the matter, then the parties are to <u>jointly</u> file a Supplemental DDJR #1 in both cases and in compliance with this court's Standing Order re Civil Discovery Disputes. The court is particularly interested in knowing whether (1) Judge Brazil will require Vardanyan to attend the upcoming mediation in person; and (2) the depositions noticed by Vardanyan actually will proceed next month in Armenia.

SO ORDERED.

Dated: January 16, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:12-cv-01536-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com

Stephen Donald Pahl     spahl@pahl-mccay.com, tmeek@pahl-mccay.com

5:12-cv-05645-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com

Stephen Donald Pahl     spahl@pahl-mccay.com, tmeek@pahl-mccay.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3