*E-FILED: May 21, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIASPHERE INTERNATIONAL, INC., | No. C12-01536 HRL |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY DISPUTE JOINT REPORT #2** |
| ARAM VARDANYAN, | |
| Defendant. | [Re: Docket No. 65] |

In Discovery Dispute Joint Report #2, the parties dispute whether Vardanyan is required to produce documents—namely, passports for Barva, Ltd. employees—he identified in connection with his Fed. R. Civ. P. 26 initial disclosures. Vardanyan having identified the documents as ones he may use to support his claims or defenses, the court rejects his argument that the information is irrelevant. In any event, the documents are relevant or reasonably likely to lead to the discovery of admissible evidence pertaining to Viasphere's allegations that Vardanyan used company funds and resources for his own personal use, including for Barva, Ltd. Moreover, the parties have stipulated to the terms of a protective order, which the court will enter. And, although Viasphere disagrees that the passports are confidential, Viasphere does not object to Vardanyan's designation of the passports as "confidential" under that protective order.

Vardanyan's reliance on Tierno v. Rite Aid Corp., No. C05-02520 TEH, 2008 WL

3287035 (N.D. Cal., July 31, 2008) is misplaced. At issue in that case (a wage/hour class action) was whether defendant was obliged to disclose its employees' contact information on the ground that Fed. R. Civ. P. 26 required disclosure of anyone likely to have discoverable information. The court concluded that "[i]t would be error for the court to order disclosure solely on the basis of Fed. R. Civ. Pro. 26(a)(1)(A)" in view of the 2000 amendment to that rule which required defendant to disclose only those witnesses it may use to support its defenses. Tierno, 2008 WL 3287035 at *2. Disclosure of the requested information was nevertheless upheld on the ground that plaintiffs' need for the information outweighed any privacy concerns and there was a protective order in place to address the production of any sensitive or private information. Here, unlike in Tierno, Vardanyan has identified the subject information as part of his Fed. R. Civ. P. 26 disclosures. He therefore shall produce them to Viasphere within 10 days from the date of this order.

SO ORDERED.

Dated: May 21, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-01536-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com

Stephen Donald Pahl     spahl@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian     Varand@lawaa.com