NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASPHERE INTERNATIONAL, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>ARAM VARDANYAN,<br><br>   Defendant. | Case No.  5:12-cv-01536 HRL<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO RE-SET TRIAL DATES**<br><br>[Re:  Dkt. No. 149] |

Pending before this court is plaintiff's administrative request to advance the trial currently set to begin on September 19, 2014.  The court has received no response from defendant, and the time for any response has passed.  Accordingly, the trial in this matter is re-set for **May 19-23 and 27, 2014**.  The further pretrial conference set for May 27, 2014 is **re-set for May 6, 2014, 1:30 p.m.**  The parties are reminded that their further pretrial submissions are due at least one week in advance of the further pretrial conference.

  SO ORDERED.

Dated:  March 3, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01536-HRL Notice has been electronically mailed to:

Ara Aroustamian    ara@lawaa.com

Helene Anastasia Simvoulakis    hsimvoulakis@pahl-mccay.com, ssamayoa@pahl-mccay.com

Kevin John Murphy    kmurphy@adrservices.org

Sonia Sanjit Shah    sshah@pahl-mccay.com, tmeek@pahl-mccay.com

Stephen Donald Pahl    spahl@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian    Varand@lawaa.com