NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASPHERE INTERNATIONAL, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ARAM VARDANYAN,<br><br>  Defendant. | Case No.  5:12-cv-01536 HRL<br><br>**ORDER RE PARTIES' OBJECTIONS TO PROPOSED EXHIBITS** |

At the May 6 further pretrial conference, the court directed both sides to make further submissions re their proposed exhibits and any objections. Having reviewed their respective filings, the court rules as follows on their evidentiary objections[1]:

**Plaintiff's Proposed Exhibits**

Amended Ex. 37:   Sustained.  Fed. R. Evid. 401, 402, 403.

Amended Ex. 38:   Sustained, subject to proper authentication.  Fed. R. Evid. 801, 802, 901.

Amended Ex. 39:   Sustained, subject to proper authentication.  Fed. R. Evid. 801, 802, 901.

Amended Ex. 40:   Sustained, subject to proper authentication.  Fed. R. Evid. 801, 802,

---

[1] These rulings pertain to those evidentiary objections that were not otherwise addressed at the February 18, 2014 or May 6, 2014 pretrial conferences.

|   |   |   |
|---|---|---|
|   |   | 901. |
| Ex. 41:[2] |   | Sustained, subject to proper authentication. Fed. R. Evid. 801, 802, 901. |
| Ex. 41A: | Overruled. |   |
| Ex. 41B: | Sustained. Fed. R. Evid. 401, 402, 403, 801, 802, 901. |   |
| Ex. 41C: | Sustained. Fed. R. Evid. 401, 402, 403, 801, 802, 901. |   |
| Ex. 41D: | Overruled. |   |
| Ex. 41E: | Overruled. |   |
| Ex. 41F: | Overruled. |   |
| Ex. 41G: | Overruled. |   |
| Ex. 41H: | Overruled. |   |
| Ex. 41I: | Overruled. |   |
| Ex. 41J: | Overruled. |   |
| Ex. 41K: | Overruled. |   |
| Ex. 41L: | Overruled. |   |
| Ex. 41M: | Overruled. |   |
| Ex. 41N: | Overruled. |   |
| Ex. 41O: | Overruled. |   |
| Ex. 41P: | Sustained. Fed. R. Evid. 401, 402, 403, 801, 802, 901. |   |
| Ex. 41Q: | Sustained. Fed. R. Evid. 401, 402, 403, 801, 802, 901. |   |
| Ex. 43: | Sustained. |   |
| Ex. 44: | Sustained. |   |

---

[2] The rulings re Exhibit 41 pertain to plaintiff's Second Amended Ex. 41 and the associated sub-exhibits.

2

**Defendant's Proposed Exhibits[3]**

Many of these disputed exhibits are those that defendant claims are relevant not only to his separate lawsuit, but also to the instant case. In essence, he claims that the instant lawsuit is contrived and stems from a conflict between himself and Moroyan. The court sustains plaintiff's objections to these exhibits because (1) there is no viable affirmative defense pled; (2) even if there were, the court does not find defendant's theory to be a legally cognizable defense; (3) defendant offers no direct evidence of his theory; (4) the so-called circumstantial evidence---i.e., the claimed relationship between the timing of defendant's falling out with Viasphere and his complaints re Moroyan---are speculative; and (5) any probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, and wasting time.

Ex. 200: Sustained. Fed. R. Evid. 401, 402, 403.

Exs. 211, 284, and 286-288: Sustained. Fed. R. Evid. 401, 402, 403.

Exs. 285 and 344: Sustained. Fed. R. Evid. 401, 402, 403.

Amended Ex. 291: Overruled, subject to proper authentication.

Amended Ex. 292: Overruled, subject to proper authentication.

Amended Ex. 293: Overruled, subject to proper authentication.

Ex. 300: Sustained. Fed. R. Evid. 401, 402, 403.

Ex. 305: Sustained. Fed. R. Evid. 401, 402, 403.

Exs. 307-330: Sustained. Fed. R. Evid. 401, 402, 403.

---

[3] Defendant has voluntarily withdrawn his proposed Exhibit Nos. 204, 206, 275, and 282, albeit he reserves the option of using them for impeachment purposes. The court notes, however, that most of Ex. 282 is in Armenian, without translation. As per the court's direction at the May 6 further pretrial conference, no Armenian language documents will be admitted unless they are translated by a certified interpreter or by someone approved by both sides.

Ex. 331: Sustained.  Fed. R. Evid. 401, 402, 403.

Exs. 333, 334, 337, 339, 340, and 341: Sustained.  Fed. R. Evid. 401, 402, 403.

Ex. 338: Sustained.  Fed. R. Evid. 401, 402, 403.

Ex. 342: Sustained.  Fed. R. Evid. 401, 402, 403.

Ex. 346: Sustained.  Fed. R. Evid. 401, 402, 403.

Exs. 347 and 365: Sustained.  Fed. R. Evid. 401, 402, 403.

Ex. 351: Sustained.  Fed. R. Evid. 401, 402, 403, 901.

SO ORDERED.

Dated:  September 10, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01536-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Armen Shaghzo     as@shaghzolaw.com

Fenn C. Horton , III     fhorton@pahl-mccay.com, drinnert@pahl-mccay.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com, drinnert@pahl-mccay.com

Kevin John Murphy     kmurphy@adrservices.org

Sonia Sanjit Shah     sshah@pahl-mccay.com

Stephen Donald Pahl     spahl@pahl-mccay.com, drinnert@pahl-mccay.com, fhorton@pahl-mccay.com, sshah@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian     Varand@lawaa.com

5