**PAHL & McCAY**
A Professional Law Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Helene A. Simvoulakis-Panos, Esq.** (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Email: spahl@pahl-mccay.com
         hsimvoulakis@pahl-mccay.com

Attorneys for Plaintiff
VIASPHERE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIASPHERE INTERNATIONAL, INC., | Case No. C12-01536 HRL |
| Plaintiff, | Related to Case No. CV12-05645 HRL |
| v. | **AMENDED [Proposed] ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING TRIAL** |
| ARAM VARDANYAN, an individual, | [Re: Dkt. 196] |
| Defendants, | Assigned to: Hon. Howard R. Lloyd<br>Courtroom: 2 |
| AND ALL RELATED CROSS-ACTIONS | Action Filed: March 27, 2012<br>Trial Date: September 15, 2014 |

Plaintiff VIASPHERE INTERNATIONAL, INC. ("Plaintiff") has expressed a desire to utilize certain electronic equipment at trial. Specifically, Plaintiff desires to utilize the following electronic/technological devices: 1) One ELMO; 2) One Extension Cord; 3) One Cart (on which to place ELMO); and 4) One Projector.

Having considered Plaintiff's request, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

Plaintiff may bring in the following items for trial in the above-referenced matter, which trial is scheduled for September 15-19, 2014 and September 22, 2014:

///

///

-------------------- 1 --------------------
**AMENDED [Proposed] ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING TRIAL** (Case No. C 12-01536 HRL)

1) One ELMO; 2) One Extension Cord; 3) One Cart (on which to place ELMO) and 4) One Projector.

Dated:   September 12, 2014

_____
Honorable Howard R. Lloyd
Judge of the United States District Court

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*3912/002 -
00373649.DOCX.2

--------------------                         2                          --------------------
**AMENDED [Proposed] ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING TRIAL**  (Case No. C 12-01536 HRL)