United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASPHERE INTERNATIONAL , INC,<br>　　　　Plaintiff,<br>　　v.<br>ARAM VARDARYAN,<br>　　　　Defendant. | Case No.  5:12-cv-01536-HRL<br><br>**JUDGMENT** |

Pursuant to the Court's findings of fact and conclusions of law on rescission, Dkt. No. 244, IT IS ORDERED, ADJUDGED and DECREED that Judgment in the above-captioned matter be entered as follows:

　　1. Judgment is hereby entered in favor of Plaintiff VIASPHERE INTERNATIONAL, INC. and against ARAM VARDANYAN as to Viasphere's claim for Rescission. The December 15, 2001 Stock Option Agreement, pursuant to which Viasphere granted Vardanyan the option to purchase 1,000,000 shares of Viasphere's common stock in exchange for a total purchase price of $1,000.00 ($0.001 per share), which option was exercised by Vardanyan on October 24, 2004, is RESCINDED. Additionally, the November 2, 2002 Stock Option Agreement, pursuant to which Viasphere granted Vardanyan the option to purchase 713,000 shares of Viasphere's common stock in exchange for a total purchase price of $713.00 ($0.001 per share), which option was exercised by Vardanyan on October 24, 2004, is RESCINDED. To effectuate the rescission, Viasphere shall tender to Defendant Vardanyan the sum of $1,713.00 and thereafter cancel all common shares of Viasphere International, Inc. owned by defendant Vardanyan on the books of the corporation.

　　2. In view of Plaintiff's election of rescission, the Court does not award any monetary damages.

1     3. Viasphere is further awarded its costs of suit incurred herein.

2     **IT IS SO ORDERED.**

3     Dated: April 30, 2015

_____
Howard R. Lloyd
United States Magistrate Judge

5:12-cv-01536-HRL Notice has been electronically mailed to:

Ara Aroustamian    ara@lawaa.com

Armen Shaghzo    as@shaghzolaw.com

Fenn C. Horton , III    fhorton@pahl-mccay.com, drinnert@pahl-mccay.com

Helene Anastasia Simvoulakis    hsimvoulakis@pahl-mccay.com, manaya@pahl-mccay.com

Sonia Sanjit Shah    sshah@pahl-mccay.com

Stephen Donald Pahl    spahl@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian    Varand@lawaa.com